No. 198. GIMÉNEZ ET AL. *v.* DUEÑO ET AL.—Appeal from the District Court of Humacao. Motion to dismiss appeal. Decided October 15, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of this court. *Mr. Bernardini* for petitioner. *Mr. López Landrón* for respondent.

No. 33. FAJARDO *v.* THE JUDGE OF THE DISTRICT COURT OF MAYAGÜEZ.—Application for writ of *certiorari.* Decided October 18, 1907. Application denied. *Mr. Pascasio Fajardo* for petitioner.

No. 163. DÍAZ ET AL. *v.* WAYMOUTH.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided October 21, 1907. Motion overruled. *Mr. Latorre* for petitioner. *Mr. José de Guzmán Benítez* for respondent.

No. 191. THE PEOPLE *v.* ESTEVES ET AL.—Appeal from the District Court of Aguadilla. Motion to dismiss appeal. Decided October 21, 1907. Appeal dismissed by reason of failure to comply with the provisions of section 54 of the Rules of the Supreme Court. *Mr. Rossy, fiscal,* for petitioner. *Mr. Franco Soto* for respondent.

No. 32. SUAU *v.* THE JUDGE OF THE DISTRICT COURT OF MAYAGÜEZ.—Application for writ of *certiorari.* Decided October 22, 1907. Application denied. *Messrs. Texidor and Suau* for petitioner.

No. 209. ROSALY ET AL. *v.* PÉREZ ET AL.—Appeal from the